**Opinion issued June 23, 2022**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00124-CR**

———————————

**IN RE AUSTIN MCCALLA, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Austin McCalla, incarcerated and acting pro se, has filed a petition for writ of mandamus compelling the trial court to grant his motion for discovery and inspection of evidence.[1] We deny the petition.

## PER CURIAM

Panel consists of Justices Landau, Guerra, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. Austin McCalla*, cause number 1693127010103, pending in the 230th District Court of Harris County, Texas, the Honorable Chris Morton presiding.